# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CRAIG T. MILLER, | ) |
|                 Petitioner, | ) Case No. C11-1277-MJP-BAT |
| v. | ) **REPORT AND RECOMMENDATION** |
| ICE FIELD OFFICE DIRECTOR, | ) |
|                 Respondent. | ) |

Petitioner is proceeding pro se. By letter dated August 3, 2011, petitioner was granted thirty (30) days to either pay the $5.00 filing fee, or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. Dkt. 2. Petitioner was advised that failure to respond to the letter by September 2, 2011, could result in dismissal of the case. *Id*. To date, petitioner has neither paid the filing fee nor submitted a completed application for IFP status. Accordingly, the Court recommends that this action be dismissed without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

DATED this 21st day of September, 2011.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge