# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CRAIG T. MILLER,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C11-1277-MJP-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's proposed habeas petition, Dkt. 1, is DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.

3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 14th day of October, 2011.

                        Marsha J. Pechman
                        United States District Judge

ORDER OF DISMISSAL - 1